SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
Sheryl L. Skibbe (SBN 199441)
sskibbe@seyfarth.com
Rishi Puri (SBN 252718)
rpuri@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC and
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN K. LY, individually and on Behalf of Other Members of the Public Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY SERVICES LLC, AT&T MOBILITY LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 14CV1686L RBB <br><br> **NOTICE OF COMPLIANCE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA:

    PLEASE TAKE NOTICE that on July 18, 2014, Defendants AT&T MOBILITY

SERVICES LLC and AT&T MOBILITY LLC filed with the Superior Court in the State

of California, County of San Diego, their Notice to the State Court of Removal of the

above-captioned action and notified Plaintiffs of the removal, in compliance with 28

17603096v.1

1    U.S.C. Section 1446(d).  A true and correct copy of the Notice to State Court of

2    Removal, without exhibits, is attached hereto as **Exhibit A.**

3    DATED: July 21, 2014                    Respectfully submitted,

4                                            SEYFARTH SHAW LLP

5

6                                            By:  /s/ Rishi Puri

7                                               Andrew M. Paley
                                                Sheryl L. Skibbe
8                                               Rishi Puri

9                                            Attorneys for Defendant
                                             AT&T MOBILITY SERVICES LLC and
10                                           AT&T Mobility LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2

17603096v.1

# EXHIBIT A

COPY

1 │ SEYFARTH SHAW LLP
│ Andrew M. Paley (SBN 149699)
2 │ apaley@seyfarth.com
│ Sheryl L. Skibbe (SBN 199441)
3 │ sskibbe@seyfarth.com
│ Rishi Puri (SBN 252718)
4 │ rpuri@seyfarth.com
│ 2029 Century Park East, Suite 3500
5 │ Los Angeles, California 90067-3021
│ Telephone:  (310) 277-7200
6 │ Facsimile:   (310) 201-5219

7 │ Attorneys for Defendant
│ AT&T Mobility Services LLC and
8 │ AT&T Mobility LLC

9

JUL 18 PM 12:53

10 │
11 │               SUPERIOR COURT OF THE STATE OF CALIFORNIA
12 │                    FOR THE COUNTY OF SAN DIEGO

"VIA FAX"

13
14 │ TRAN K. LY, individually and on        Case No. 37-2014-00013654-CU-OE-CTL
    │ Behalf of Other Members of the Public
15 │ Similarly Situated,,
16 │              Plaintiff,              NOTICE TO STATE COURT  AND
    │                                     ADVERSE PARTY OF REMOVAL
17 │       v.                            OF CIVIL ACTION
18 │ AT&T MOBILITY SERVICES LLC,
    │ AT&T MOBILITY LLC, and DOES 1-
19 │ 10, inclusive,
    │                                     Complaint Filed:  4/30/2014
20 │              Defendants.

21

22 │       TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND THEIR

23 │ COUNSEL:

24 │       PLEASE TAKE NOTICE that on July 17, 2014, Defendants, AT&T Mobility Services, LLC and

25 │ AT&T Mobility LLC filed a Notice of Removal with the Clerk of the United States District Court for

26 │ the Central District of California, removing this action to that Court.  A true and correct copy of that

27 │ Notice of Removal, without exhibits, is attached hereto as Exhibit A.

28

1
NOTICE TO STATE COURT OF REMOVAL OF ACTION
17585124v.1

1      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice

2 of Removal in the United States District Court effectuates the removal of this action.  Accordingly, no

3 further proceedings should take place in this Court unless and until the case has been remanded

4

5 DATED: July 18, 2014                Respectfully submitted,

6                                 SEYFARTH SHAW LLP

7

8                                 By: _____

9                                      Andrew M. Paley

                                     Sheryl L. Skibbe

10                                      Rishi Puri

11                                 Attorneys for Defendant

                                AT&T MOBILITY SERVICES LLC and

12                                 AT&T Mobility LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE TO STATE COURT OF REMOVAL OF ACTION

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                    )  ss
COUNTY OF Los Angeles       )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On July 18, 2014, I served the within document(s):

**NOTICE TO STATE COURT AND ADVERSE PARTY**
**OF REMOVAL OF CIVIL ACTION**

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐  by placing the document(s) listed above, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☐  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐  electronically by using the Court's ECF/CM System.

Brian J. Robbins
Diane E. Richard
ROBBINS ARROYO LLP
600 B. Street, Ste. 1900
San Diego, CA 92101
Phone: 619-525-3990
Fax:   619-525-3991
Email: brobbins@robbinsarroyo.com
        drichard@robbinsarroyo.com

Matthew S. Dente
THE DENTE LAW FIRM
600 B. Street, Ste. 1900
San Diego, CA 92101
Phone: 619-550-3475
Fax:   619-342-9668
Email: matt@dentelaw.com

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on July 18, 2014, at Los Angeles, California.

_____
Rebecca Garner

PROOF OF SERVICE

17611328v.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              )  ss
COUNTY OF Los Angeles         )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On July 21, 2014, I served the within documents:

## NOTICE OF COMPLIANCE

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ Electronically by using the Court's ECF/CM System on the following parties:.

Brian J. Robbins                     Matthew S. Dente
Diane E. Richard                     THE DENTE LAW FIRM
ROBBINS ARROYO LLP                   600 B. Street, Ste. 1900
600 B Street, Ste. 1900              San Diego, CA 92101
San Diego, CA 92101                  Phone: 619-550-3475
Phone: 619-525-3990                  Fax:   619-342-9668
Fax:   619-525-3991                  Email: matt@dentelaw.com
Email: brobbins@robbinsarroyo.com
       drichard@robbinsarroyo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 21, 2014, at Los Angeles, California.

_____
                              Rebecca Garner

17611177v.1