SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
Sheryl L. Skibbe (SBN 199441)
sskibbe@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
AT&T MOBILITY SERVICES LLC and
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN K. LY, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, AT&T MOBILITY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-01686-L-RBB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT AT&T MOBILITY SERVICES LLC TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: December 5, 2016<br>Hearing Time: 10:30 a.m.<br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B<br>Action Filed: April 30, 2014<br>Action Removed: July 17, 2014 |

1  Pursuant to the Parties' Joint Motion to Allow Defendant AT&T Mobility Services
2  LLC to Appear Telephonically at Hearing on Motion for Final Approval of Class Action
3  Settlement, IT IS SO ORDERED that Defendant may appear telephonically for the
4  hearing on the Joint Motion for Final Approval of Class Action Settlement scheduled on
5  December 5, 2016, at 10:30 a.m.

6
7  Dated: _____   _____
            Hon. M. James Lorenz
8           United States District Judge