

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN K. LY | Civil Action No.   14cv1686-L-RBB |
| Plaintiff, | |
| V. | |
| AT&T MOBILITY SERVICES LLC | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby finally approves the Settlement Agreement and the Settlement as, in all respects, fair, adequate, and reasonable, and directs the Parties to consummate and implement the Settlement in accordance with its terms and provisions and in accordance with this Final Approval Order and Final Judgment.

Date:   12/12/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Hernandez

T. Hernandez, Deputy